

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Eric Everett Lowry,                          \* From the 350th District Court
                                           of Taylor County,
                                           Trial Court No. 13010-D.

Vs. No. 11-21-00017-CR              \* September 29, 2022

The State of Texas,                        \* Memorandum Opinion by Williams, J.
                                           (Panel consists of: Bailey, C.J.,
                                           Trotter, J., and Williams, J.)

This court has inspected the record in this cause and concludes that there is error in the judgments below. Therefore, in accordance with this court's opinion, we modify the judgment for count one to reflect "TRUE" to both Eric Everett Lowry's pleas and the jury finding with respect to the "1st Enhancement Paragraph." We modify the judgment for count three to reflect that the "Statute for Offense" is "Texas Penal Code § 31.03(e)(4)"; that the "Degree of Offense" is "STATE JAIL FELONY"; and that Eric Everett Lowry "PLEADED NOT TRUE" to the two enhancement paragraphs. As modified, we affirm the judgments of the trial court.